WOODROW TUBBS V. THE STATE.

No. 22353. Delivered January 13, 1943.

The opinion states the case.

*Williamson & Nordyke,* of Stephenville, for appellant.

*Spurgeon E. Bell, State's* Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of theft by bailee of one head of cattle, and his punishment was assessed at two years confinement in the penitentiary.

The record is before this court without statement of facts or bills of exceptions. In the absence of the evidence adduced upon the trial, this court is unable to appraise the matters presented in the motion for new trial.

No error having been found in the record before us, the judgment is affirmed.